# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gerald Walker, II, and Ada Walker,<br><br>    Plaintiffs,<br><br>v.<br><br>Auto-Owners Insurance Company, a foreign company,<br><br>    Defendant. | No. 4:20-cv-00449-CKJ<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE** |

    Plaintiffs Gerald Walker, III and Ada Walker and Defendant Auto-Owners (Mutual) Insurance Company (the "Parties"), jointly provide notice to the Court that the parties have reached an agreement in principle to resolve Plaintiffs' claims. The Parties further state as follows:

    1.    On April 20, 2023, the Parties filed a Joint Settlement Report to apprise the Court that they participated in a mediation of this matter on March 3, 2023 where they made substantial progress toward settlement. Dkt. 44. The Parties further reported that they were continuing to negotiate certain remaining terms and would promptly advise the Court when the settlement is finalized. *Id*.

    2.    Since the March 3, 2023 mediation, the parties have worked diligently to negotiate a settlement that resolves this case.

    3.    Earlier today, the Parties reached an agreement in principle on the material terms of a settlement.

    4.    The Parties anticipate they will need 30 days to jointly draft a settlement agreement and will report back to the Court within 30 days on their progress.

RESPECTFULLY SUBMITTED this 12th day of May, 2023.

By: */s/ Cory Fein*  
    Cory S. Fein (*pro hac vice*)  
    Texas State Bar No. 06879450  
    CORY FEIN LAW FIRM  
    712 Main St., Suite 800  
    Houston, TX 77002  

    Robert D. Ryan  
    Arizona State Bar No. 014639  
    LAW OFFICES OF ROBERT D. RYAN, PLC  
    343 W. Roosevelt Street, Suite 220  
    Phoenix, AZ 85003  

    Attorneys for Plaintiffs Gerald Walker III and Ada Walker

By: */s/ Todd Noteboom*  
    Sharon W. Ng  
    STINSON LLP  
    1850 North Central Ave., Suite 2100  
    Phoenix, AZ 85004-4584  

    Todd A. Notebook (*pro hac* vice)  
    William D. Thomson (*pro hac* vice)  
    STINSON LLP  
    50 S. Sixth St., Suite 2600  
    Minneapolis, MN 55402  

    Attorneys for Defendant  
    Auto-Owners Insurance Company

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 20232, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court for the District of Arizona by using the CM/ECF System. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system:

*/s/ Cory Fein*
Cory Fein