**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gerald Walker, III, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Auto-Owners Insurance Company, <br><br> Defendant. | No. CV-20-00449-TUC-CKJ <br><br> **ORDER** |

On July 24, 2023, the Court directed the Clerk of the Court to enter Judgment for dismissal of this action, pursuant to stipulation by the parties, <u>without prejudice</u>. (Order (Doc. 49). Due to a clerical error, Judgment was entered by the Clerk with prejudice.

**Accordingly,**

**IT IS ORDERED** that the Joint Motion to Amend the Judgment to Correct Clerical Error (Doc. 51) is GRANTED.

**IT IS FURTHER ORDERED** the Clerk of the Court shall correct the Judgment to reflect it is "without prejudice."

Dated this 4th day of August, 2023.

*Cindy K. Jorgenson*
Honorable Cindy K. Jorgenson
United States District Judge