# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gerald Walker, III, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Auto-Owners Insurance Company,<br><br>Defendant. | NO. CV-20-00449-TUC-CKJ<br><br>**AMENDED JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Joint Stipulation of Dismissal with Prejudice, that this case is dismissed without prejudice. Each party will bear its own costs and attorneys' fees.

Debra D. Lucas<br>
District Court Executive/Clerk of Court

August 7, 2023

By    s/ J.McCarthy<br>
        Deputy Clerk